# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMARILYS MARTINEZ,<br>    Plaintiff<br><br>    v.<br><br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security<br> Administration,<br>    Defendant | CIVIL ACTION NO. 3:13-cv-30050-KPN |

## JUDGMENT IN A CIVIL CASE

**Kenneth P. Neiman, M.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the plaintiff Amarilys Martinez, against the defendant Carolyn W. Colvin, Acting Commissioner of Social Security Administration, pursuant to the court's memorandum and order entered this date, granting plaintiff's motion for judgment on the pleadings.

**ROBERT M. FARRELL**,
CLERK OF COURT

Dated: March 27, 2014      By /s/ *Maurice G. Lindsay*
    Maurice G. Lindsay
    Deputy Clerk

(Civil Judgment (SSA- KPN Remand) for Plaintiff.wpd - 11/98)      [jgm.]